UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER GUZMAN,

    Plaintiff,

v.

    Case Number 6:15-CV-985-ORL-40DAB

CAPPIO PARTNERS, LLC

    Defendant.

_____/

## Complaint

1. The Plaintiff, Javier Guzman, sues Defendant, Cappio Partners, LLC, pursuant to 47 U.S.C. § 227(b)(3).

2. The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331. *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 749 (2012).

3. Plaintiff resides in Orlando, Florida.

4. Defendant is a Texas for-profit limited liability company.

5. Defendant conducts business in Florida.

6. Defendant used an automatic telephone dialing system to contact Plaintiff in the State of Florida.

7. Plaintiff estimates that he received over 20 calls on his cell phone from Defendant.

8. The phone calls identified in paragraph 7 were made by Defendant in violation of the Telephone Consumer Protection Act.

1

9. Defendant has an automatic telephone dialing system ("ATD System") as defined by 47 U.S.C. § 227(a)(1).

10. Defendant utilized an ATD System to systemically call Plaintiff on his cellular telephone, within the past two years, without Plaintiff's express permission to be contacted by Defendant.

11. Defendant did not have an established business relationship with Plaintiff.

12. Defendant did not call Plaintiff for emergency purposes.

13. Defendant did not have Plaintiff's express consent to be called.

14. Defendant violated 47 U.S.C. § 227(b)(1)(A)(3).

15. Defendant invaded Plaintiff's privacy.

16. Defendant called Plaintiff's cellular telephone number for the purpose of collecting an alleged debt.

17. Defendant was aware of the Telephone Consumer Protection Act ("TCPA") before contacting Plaintiff.

18. Defendant knew or should have known that Plaintiff had not given it express consent to be called by their ATD System.

19. Defendant, through its resources, discovered Plaintiff's subscribed cellular telephone number.

20. Defendant willfully violated the TCPA.

21. Plaintiff sent Defendant the attached letter pre-suit.

22. Defendant has neither provided a call log nor evidence that it was in compliance with the TCPA.

23. Venue is proper in the United Stated District Court for the Middle District of Florida Orlando Division because Defendant contacted Plaintiff in violation of the TCPA in Orange County, Florida.

24. Defendant is a debt collection agency that conducts business in Florida, among other places.

Wherefore, Plaintiff demands judgment against Defendant for $500 per phone call multiplied by three.

Respectfully submitted this 15th day of June 2015,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Florida Bar Number 643971
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801
Tel – (407)420-1414
Email – bmazaheri@forthepeople.com

# MORGAN & MORGAN
### Attorneys At Law

20 N. ORANGE AVENUE, 16th FLOOR
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
FAX: (407) 425-8171

May 12, 2015

Capio Partners, LLC
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

    Re: 47 U.S.C. § 227(b)(1)(A)(iii)

Dear Capio Partners:

We represent the legal interests of Javier Guzman as it relates to his rights under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A)(iii). Guzman has never given you permission to call his cell phone number. Nevertheless he has received a myriad of calls on his cell phone from your company in violation of the TCPA.

Your company focuses on debt collections. *See* www.capiopartners.com. It is evident that you utilize an automatic telephone dialing system. You do not have a pre-existing relationship with Guzman, and Guzman has never given express consent to your company to call him.

The purpose of this letter is threefold. First, we request an accounting from you regarding the number of times you have called Guzman within the past two years. Second, if you are claiming that Guzman gave you permission to contact him via cell phone please provide documentary evidence. And third if you are claiming that you are not in violation of the TCPA please provide your basis in fact and law.

This is our good faith effort to investigate Guzman's claims, provide you an opportunity to explain your position and potentially avoid litigation. If you fail, refuse or neglect to substantively respond within fourteen days we will assume that you have willfully violated the TCPA making myriads of calls to Guzman's cell phone using an automatic telephone dialing system without his permission.

Sincerely,

Bernie Mazaheri

www.forthepeople.com

ATLANTA, GA ♦ BOWLING GREEN, KY ♦ COLUMBUS, GA ♦ DAYTONA BEACH, FL ♦ FT. MYERS, FL ♦ JACKSON, MS ♦ JACKSONVILLE, FL ♦ KISSIMMEE, FL ♦ LAKELAND, FL
LEXINGTON, KY ♦ LOUISVILLE, KY ♦ MANHATTAN, NY ♦ MEMPHIS, TN ♦ NAPLES, FL ♦ NASHVILLE, TN ♦ ORLANDO, FL ♦ PLANTATION, FL ♦ ST. PETERSBURG, FL
SARASOTA, FL ♦ SAVANNAH, GA ♦ TALLAHASSEE, FL ♦ TAMPA, FL ♦ TAVARES, FL ♦ THE VILLAGES, FL ♦ WINTER HAVEN, FL