UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER GUZMAN,

    Plaintiff,

                              Case Number 6:15-cv-00985-PGB-DAB

v.

CAPIO PARTNERS, LLC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    The Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses his action without prejudice.

    Dated this 13th day of October, 2015.

                                                        ***/s/ Bernard R. Mazaheri, Esq.***
                                                        Bernard R. Mazaheri, Esq.
                                                        Florida Bar No. 643971
                                                        Morgan & Morgan
                                                        20 N. Orange Ave., Ste. 1600
                                                        Orlando, FL 32801
                                                        Telephone: (407) 420-1414
                                                        Email: BMazaheri@forthepeople.com

                                                        *Attorney for Plaintiff*